AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HONG JAE KIM

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20-cv-86

TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated October 14, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Respondent's Motion to Dismiss is DENIED as moot, and Kim's 28 U.S.C. § 2241 Petition is DISMISSED without prejudice. Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: HON. LISA GODBEY WOOD, JUDGE

Date: October 14, 2020

John E. Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03